|   |   |
|---|---|
| 1 | TRINETTE G. KENT (State Bar No. 025180) |
| 2 | KENT LAW OFFICES |
|   | 10645 North Tatum Blvd., Suite 200-192 |
| 3 | Phoenix, AZ 85028 |
| 4 | Telephone: (480) 247-9644 |
|   | Facsimile: (480) 717-4781 |
| 5 | E-mail: tkent@kentlawpc.com |
| 6 |   |
| 7 | Of Counsel to: |
|   | Michigan Consumer Credit Lawyers |
| 8 | 22142 West Nine Mile Road |
| 9 | Southfield, MI 48033 |
|   | Telephone: (248) 353-2882 |
| 10 | Facsimile: (248) 353-4840 |
| 11 |   |
|   | *Attorneys for Plaintiff,* |
| 12 | *Leslie Belsanti* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Leslie Belsanti, | Case No.: 3:16-cv-08001-DGC |
|---|---|
| Plaintiff, | Hon. David G. Campbell |
| vs. |   |
| Equifax Information Services, LLC, et al., | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC, ONLY** |
| Defendants. |   |

Plaintiff and Defendant Trans Union, LLC (hereinafter referred to as "Trans Union"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against

1

Defendant Trans Union, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 29th day of July, 2016

KENT LAW OFFICES


By: */s/  Trinette G. Kent*
Trinette G. Kent
*Attorney for Plaintiff*


PHILIP R. WOOTEN P.C.


/s/ Philip R. Wooten
Philip R. Wooten
*Attorneys for Defendant,*
*Trans Union LLC*


DESSAULES LAW GROUP

*/s/ Jonathan A. Dessaules*
Jonathan A. Dessaules
*Local Counsel for Experian*


SNELL & WILMER, LLP

*/s/ Jacob C. Jones*
Jacob C. Jones
*Attorneys for Defendant,*
*Equifax Information Services, LLC*

**1**

**2**  COVINGTON & BURLING, LLP

**3**   /s/ *Andrew Soukup*
**4**  Andrew Soukup (*Admitted Pro Hac Vice*)
     *Attorneys for Defendant,*
**5**  *Chase Bank USA, N.A.*

**6**

**7**

**8**
     ENGELMAN BERGER, P.C.
**9**
      /s/ *Wade E. Burgeson*
**10**
     Wade E. Burgeson
**11** *Attorneys for Defendant,*
     *Capital One Bank, USA, N.A.*
**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**