IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Belsanti,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>　　　　Defendants. | No.: CV16-8001-PCT DGC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION, LLC, ONLY** |

　　Pursuant to stipulation of the parties. Doc. 61,

　　**IT IS ORDERED** that the stipulation (Doc. 61) is **granted.** Defendant Trans Union, LLC is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

　　Dated this 1st day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　／s／ David G. Campbell
　　　　　　　　　　　　　　　　　　　　　　　David G. Campbell
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge