TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Leslie Belsanti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Belsanti, | Case No.: 3:16-cv-08001-DGC |
| Plaintiff, | Hon. David G. Campbell |
| vs. | |
| Equifax Information Services, LLC, et al., | **STIPULATION TO AMEND CASE MANAGEMENT ORDER RE: DEADLINE FOR GOOD FAITH SETTLEMENT TALKS** |
| Defendants. | |
| | **(First Request)** |

1

DC: 6153932-1

Plaintiff and Defendants Capital One Bank USA, NA ("Capital One"), Chase Bank USA, NA ("Chase"), Equifax Information Services LLC ("Equifax"), Experian Information Solutions Incorporated ("Experian"), and Trans Union, LLC ("Trans Union")—the remaining parties that have not settled—stipulate and jointly move to amend Paragraph 9 of the Case Management Order (Doc. No. 26) to extend the deadline for good faith settlement talks from August 26, 2016 to November 23, 2016.  Good cause exists for this extension because Defendants have not yet deposed Plaintiff—they are scheduled to do so on September 23, 2016— and may conduct expert discovery.  The parties believe that settlement discussions may be more productive if they occur after Plaintiff's deposition and after any expert discovery occurs.

The parties also request that the Court allow the parties and their counsel to meet either telephonically or in person for good faith settlement talks.  Given the number of parties, and the fact that several parties and their counsel are located out of state, engaging in settlement talks telephonically may prove to be more productive.

A proposed form of order is attached.

DATED:     August 25, 2016.

KENT LAW OFFICES

By:  */s/ Trinette G. Kent*
Trinette G. Kent
*Attorney for Plaintiff*

2

DESSAULES LAW GROUP

 /s/ *Jonathan A. Dessaules*
Jonathan A. Dessaules
*Local Counsel for Experian*


SNELL & WILMER, LLP

  /s/ *Jacob C. Jones*
Jacob C. Jones
*Attorneys for Defendant,*
*Equifax Information Services, LLC*


COVINGTON & BURLING, LLP

 /s/ *Andrew Soukup*
Andrew Soukup (*Admitted Pro Hac Vice*)
*Attorneys for Defendant,*
*Chase Bank USA, N.A.*


ENGELMAN BERGER, P.C.

 /s/ *Wade E. Burgeson*
Wade E. Burgeson
*Attorneys for Defendant,*
*Capital One Bank, USA, N.A.*