TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Leslie Belsanti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Leslie Belsanti, | Case No.: 3:16-cv-08001-DGC |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMAITON SERVICES, LLC, ONLY** |
| Equifax Information Services, LLC, a Georgia corporation, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian

Information Solutions, Inc., in the above-captioned case have reached a settlement.

The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant

1

1 | Experian Information Solutions, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within
2 | 60 days.
3 |
4 | DATED: August 30, 2016                KENT LAW OFFICES
5 |
6 |                                        By: */s/   Trinette G. Kent*
                                           Trinette G. Kent
7 |                                        Attorneys for Plaintiff,
                                           Leslie Belsanti