IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Belsanti,<br><br>  Plaintiff,<br><br>  vs.<br><br>Experian Information Solutions, Inc., an Ohio corporation, et al.,<br><br>  Defendants. | No. CV16-8001-PCT DGC<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc. with Prejudice. Doc. 81.

**IT IS ORDERED** that the parties' stipulation (Doc. 81) is **granted.** Defendant Experian only is dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 12th day of September, 2016.

_____
David G. Campbell
United States District Judge