TRAVIS L. SHACKELFORD (Michigan Bar No. P68710)
MICHIGAN CONSUMER CREDIT LAWYERS
22142 W. Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840
E-mail: travis@micreditlawyer.com

*Attorneys for Plaintiff,*
*Leslie Belsanti*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Belsanti,<br><br>                Plaintiff,<br><br>     vs.<br><br>Equifax Information Services, LLC, a Georgia corporation;<br>Trans Union, LLC,<br>a Delaware limited liability company,<br>Capital One Bank, USA, NA,<br>a National Association; and<br>Chase Bank USA, NA,<br>a National Association,<br><br>                Defendants. | Case No.: 3:16-cv-08001-DGC<br><br>**JOINT SETTLEMENT STATUS REPORT** |

In accordance with the Court's September 7, 2016 Amended Case Management Order, Plaintiff Leslie Belsanti and Defendants Equifax Information Services LLC, Capital One Bank USA N.A., and Chase Bank USA N.A. (collectively "the Parties")

hereby report the Parties have engaged in good faith settlement talks. Although the Parties have attempted to reach a resolution of this matter, current settlement discussions have been unsuccessful. The Parties do not believe the assistance of the Court through a Settlement Conference is necessary.

DATED: October 19, 2016

MICHIGAN CONSUMER CREDIT LAWYERS
By: /s/ Travis L. Shackelford
Travis L. Shackelford
Attorneys for Plaintiff,
Leslie Belsanti

KING & SPALDING LLP
By: /s/ J. Anthony Love
J. Anthony Love
Attorneys for Defendant,
Equifax Information Services, LLC

COVINGTON & BURLING LLP
By: /s/ Andrew Soukup
Andrew Soukup
Attorneys for Defendant,
Chase Bank USA, N.A.

DOLL AMIR & ELEY LLP
By: /s/ Connie Y. Tcheng
Connie Y. Tcheng
Attorneys for Defendant,
Capital One Bank, USA, N.A.