# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Belsanti,<br><br>   Plaintiff,<br><br>v.<br><br>Equifax Information Servicers, LLC., a Georgia corporation, et al.,<br><br>   Defendants. | Case No. CV16-8001-PCT DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal as to Defendant Chase Bank, only. Doc. 102.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 102) is **granted.** Defendant Chase Bank USA, N.A., only, is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs included herein. The Clerk of the Court shall terminate Defendant Chase Bank USA, N.A., only, as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Dated this 30th day of November, 2016.

_____
David G. Campbell
United States District Judge