1  Christopher Andrew Meyers (#032558)
   SNELL & WILMER L.L.P.
2  One Arizona Center
   400 E. Van Buren, Suite 1900
3  Phoenix, Arizona  85004-2202
   Telephone:  602.382.6562
4  Facsimile:  602.382.6070
   E-Mail: cmeyers@swlaw.com
5
   J Anthony Love
6  King & Spalding LLP - Atlanta, GA
   1180 Peachtree St. NE
7  Atlanta, GA 30309
   Telephone:  404-572-4600
8  Facsimile:  404-572-5100
   Email: tlove@kslaw.com
9  *Admitted Pro Hac Vice*

10 *Attorneys for Defendant Equifax Information
   Services LLC*
11

12          IN THE UNITED STATES DISTRICT COURT

13              FOR THE DISTRICT OF ARIZONA

14

15 Leslie Belsanti,                    No. 3:16-cv-08001-DGC

16         Plaintiff,                  **STIPULATION OF DISMISSAL
                                       WITH PREJUDICE AS TO
17 v.                                  DEFENDANT EQUIFAX
                                       INFORMATION SERVICES LLC**
18 Equifax Information Services LLC, et al.,
           Defendants.
19

20         IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

21 Leslie Belsanti ("Plaintiff") and Defendant Equifax Information Services LLC

22

23 ("Equifax"), through counsel, that any and all claims of the Plaintiff against

24 Defendant Equifax are hereby dismissed with prejudice.  The parties further

25
   stipulate that the effect of this Stipulation will be to dismiss the entire action against
26
   Equifax with prejudice.
27

28

IT IS FURTHER STIPULATED AND AGREED that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 22nd day of December, 2016.

By: s/ Trinette G. Kent
Trinette G Kent
Kent Law Offices
10645 N Tatum Blvd.
Suite 200-192
Phoenix, AZ 85028
Email: tkent@kentlawpc.com

Gary Nitzkin
Travis L Shackelford
Michigan Consumer Credit Lawyers
22142 W Nine Mile Rd.
Southfield, MI 48033
Email: gary@micreditlawyer.com
Email: travis@micreditlawyer.com

*Attorneys for Plaintiff*

KING & SPALDING LLP

By:  *s/ J Anthony Love*
J Anthony Love
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Telephone:  404-572-4600
Facsimile:  404-572-5100

Email: tlove@kslaw.com
*Admitted Pro Hac Vice*

Christopher Andrew Meyers
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Attorneys for Plaintiff Equifax Information Services LLC

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing via U.S. Mail to the following attorneys of record:

Trinette G Kent
Kent Law Offices
10645 N Tatum Blvd.
Suite 200-192
Phoenix, AZ 85028
Email: tkent@kentlawpc.com

Gary Nitzkin
Travis L Shackelford
Michigan Consumer Credit Lawyers
22142 W Nine Mile Rd.
Southfield, MI 48033
Email: gary@micreditlawyer.com
Email: travis@micreditlawyer.com
*Attorneys for Plaintiff*

Hunter R Eley
Connie Y Tcheng
Doll Amir & Eley LLP
1888 Century Park E, Ste. 1850
Los Angeles, CA 90067
Email: heley@dollamir.com
Email: ctcheng@dollamir.com

Wade Michael Burgeson
Engelman Berger PC
3636 N Central Ave
Suite 700
Phoenix, AZ 85012-1985
Email: wmb@engelmanberger.com
*Attorneys for Capital One Bank USA NA*

Brian Jay Schulman
Nedda Gales
Greenberg Traurig LLP
2375 E Camelback Rd.
Suite 700
Phoenix, AZ 85016
602-445-8000
Fax: 602-445-8100
Email: schulmanb@gtlaw.com
Email: galesn@gtlaw.com

Andrew Soukup
Covington & Burling LLP - Washington, DC
1 City Center
850 10th St. NW
Washington, DC 20001-4596
Email: asoukup@cov.com
*Attorneys for Chase Bank USA NA*

Jonathan Adam Dessaules
Dessaules Law Group
5353 N 16th St., Ste. 110
Phoenix, AZ 85016
602-274-5400
Fax: 602-274-5401
Email: jdessaules@dessauleslaw.com
*Attorneys for Experian Information Solutions Inc.*

DATED: December 22, 2016

  *s/ J Anthony Love*