IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Belsanti,<br><br>        Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>        Defendants. | No. CV16-08001-PCT DGC<br><br>**ORDER OF DISMISSAL** |

Having considered the parties' stipulation of dismissal. Doc. 105.

**IT IS ORDERED:**

1. The Stipulation for Dismissal (Doc. 105) is **granted**;

2. Defendant Equifax Information Services, LLC is dismissed with prejudice; the Clerk of Court shall terminate Defendant Equifax Information Services LLC as a party in this action;

3. Each party shall bear its own costs and attorneys' fees;

4. The Clerk of Court is directed to terminate this action in its entirety.

Dated this 22nd day of December, 2016.

_____
David G. Campbell
United States District Judge